VAN SUMNER, INC. v.
PENN. NAT. MUT. CASUALTY INS. CO.

No. 380P85.

Case below: 74 N.C. App. 654.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

WACHOVIA BANK v. LANGLEY

No. 546P85.

Case below: 75 N.C. App. 512.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

WATTS v. CUMBERLAND COUNTY HOSP. SYSTEM

No. 384A85.

Case below: 75 N.C. App. 1.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed as to defendants Moress and Keranen and denied as to defendant Alexander 8 October 1985.